Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MUNZ,** individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ALLIED INTERSTATE LLC, and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. 1:17-cv-00525-LJO-BAM<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** June 19, 2017        **Law Offices of Todd M. Friedman, P.C.**

                    By: /s/ Todd M. Friedman____
                        Todd M. Friedman, Esq.
                        Attorneys for Plaintiff

Notice of Settlement - 1

Filed electronically on this 19th Day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lawrence J. O'Neill
Honorable Magistrate Judge Barbara A. McAuliffe
United States District Court
Eastern District California

And all Counsel of Record as recorded on the Electronic Service List.

This 19th Day of June, 2017

s/Todd M. Friedman
   Todd M. Friedman, Esq.