Todd M. Friedman, Esq. (216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MUNZ,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **ALLIED INTERSTATE LLC, and DOES 1 through 10, inclusive,** <br><br> Defendant. | Case No.  1:17-cv-00525-LJO-BAM <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Named Plaintiff, and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

Respectfully submitted this 14th day of August, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Raagini Shah, Esq.____
RAAGINI SHAH
Attorney for Defendants

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 14th day of August, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Lawrence J. O'Neill
Honorable Mag. Judge Barbara A McAuliffe
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 14th day of August, 2017

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN